UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

05 10915 MEL

TIMOTHY J. FITZGERALD, as he )
is the Building Inspector and Zoning )
Officer of the Town of Norwell and )
The TOWN OF NORWELL, )
    Plaintiffs/Defendants in Counterclaim )
VS. )
 )
HIRAM N. PAN AND SUSAN PAN )
    Defendants/Plaintiffs in Counterclaim )

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Plaintiffs/Defendants in the Counterclaim in the above-captioned action.

Respectfully submitted,

*Leonard H. Kesten*

Leonard H. Kesten, BBO#542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: May 3, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/3/05

*Leonard H. Kesten*