UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

*********************************************
TIMOTHY J. FITZGERALD as he is the
Building Inspector and Zoning Officer of
The Town of Norwell and the TOWN OF
NORWELL,
    Plaintiffs/Defendants in Counterclaim

v.

HIRAM N. PAN AND SUSAN PAN,
    Defendants/Plaintiffs in Counterclaim
*********************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties, by their counsel, being all the parties to the above-captioned action, agree and stipulate that only Count III of Defendants'/Plaintiffs in Counterclaim's Counterclaim alleging civil rights violations in this action shall be and is dismissed with prejudice, with each party bearing its own costs and waiving all rights of appeal.

| | |
|---|---|
| HIRAM N. PAN, SUSAN PAN,<br>By their attorney,<br><br>_____<br>Hiram N. Pan, BBO #556712<br>Law Office of Hiram Pan<br>793 Main Street<br>Norwell, MA 02061<br>781-659-0801 | TIMOTHY J. FITZGERALD as he is the<br>Building Inspector and Zoning Officer of<br>The Town of Norwell and the TOWN OF<br>NOWELL<br><br>By their attorneys,<br><br>_____<br>Leonard H. Kesten, BBO #542042<br>BRODY, HARDOON, PERKINS &<br>KESTEN, LLP<br>One Exeter Plaza, 12th Floor<br>Boston, MA 02116 |
| Dated: June 28, 2005 | 617-880-7100 |