UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
05-10915 MEL

```
*********************************************
TIMOTHY J. FITZGERALD as he is the          *
Building Inspector and Zoning Officer of    *
The Town of Norwell and the TOWN OF         *
NORWELL,                                    *
     Plaintiffs/Defendants in Counterclaim  *
                                            *
                                            *
v.                                          *
                                            *
HIRAM N. PAN AND SUSAN PAN,                 *
     Defendants/Plaintiffs in Counterclaim  *
*********************************************
```

## ASSENTED TO MOTION TO REMAND THE CASE TO STATE COURT

Defendants/plaintiffs in counterclaim, hereby move that the present case be remanded to State Court. As grounds for this motion, defendants/plaintiffs in counterclaim state as follows:

1. On May 3, 2005, plaintiffs/defendants in counterclaim filed Defendant' Notice of Removal of Action From State Court claiming that because defendants/plaintiffs in counterclaim alleged in their Counterclaim a cause of action for violation of a citizen's First Amendment Rights protected by the Constitution of the United States, this court had original jurisdiction as authorized by 28 U.S.C. §1331.

2. On June 28, 2005, defendants/plaintiffs in counterclaim filed a Joint Stipulation of Dismissal of Count III of defendants'/plaintiff in counterclaim's Counterclaim, alleging said civil rights violation.

3. As a result of the voluntary dismissal of the civil rights claim in Count III of defendants'/plaintiffs in counterclaim's Counterclaim, Plymouth County Superior Court has original jurisdiction over the remainder of this case pursuant to M.G.L. c.212, § 3.

4. Plaintiffs/defendants in counterclaim have assented to this Motion to Remand the Case to State Court.

5. Wherefore, defendants/plaintiffs in counterclaim respectfully requests that his case be remanded to State Court.

                        HIRAM N. PAN, SUSAN PAN,

                        By their attorney,

_____
Hiram N. Pan, BBO #556712
Law Office of Hiram Pan
793 Main Street
Norwell, MA 02061
781-659-0801

Dated: July 12, 2005