

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| Clerk of the Plymouth Superior Court | CIVIL ACTION #. 05-cv-10915-MEL |
| Court Street | CRIMINAL #. |
| Plymouth, Mass. 02360 | Fitzgerald et al   V. Pan, et al |

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on  July 18, 2005  by the Honorable  Morris E. Lasker-S.D.J. .

    The following documents are included in our file and transmitted herewith:

        ( )    Certified copy of the docket entries;

        ( )    Certified copy of the transferral order;

        ( )    Original documents numbered  1 thru 6

        ( )

    Kindly acknowledge receipt of the above on the copy of this letter.

                Respectfully,

                SARAH A. THORNTON
                CLERK OF COURT

Date:  July 18, 2005         By: /s/ George H. Howarth
                                  Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

                                By: _____
                                       Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)